In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-209 CR


 ______________________


 

ANTHONY MAPLE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95642






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant Anthony Maple pled guilty to aggravated assault.
The trial court found the evidence sufficient to find Maple guilty, but deferred further
proceedings, placed Maple on community supervision for five years, and assessed a fine of
$500. On December 11, 2006, the State filed a motion to revoke Maple's unadjudicated
community supervision. Maple pled "true" to three violations of the conditions of his
community supervision. The trial court found that Maple violated the conditions of his
community supervision, found Maple guilty of aggravated assault, and assessed punishment
at twelve years of confinement. 

 Maple's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On September 20, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.

 _________________________________

 DAVID GAULTNEY

 Justice 

 

Submitted on February 5, 2008

Opinion Delivered February 13, 2008 

Do not publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.